JONATHAN A. SHAPIRO (SBN 257199)
*jshapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street
San Francisco, CA 94105
Tel: +1.415.733.6000
Fax: +1.415.677.9041

CAROLINE H. BULLERJAHN (*pro hac vice forthcoming*)
*cbullerjahn@goodwinlaw.com*
TUCKER DEVOE (*pro hac vice forthcoming*)
*tdevoe@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02110
Tel: +1.617.570.1000
Fax: +1.617.523.1231

*Attorneys for Defendants Nektar Therapeutics,*
*Howard W. Robin, Sandra Gardiner, and*
*Jonathan Zalevsky*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHRAMKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, SANDRA GARDINER, and JONATHAN ZALEVSKY,<br><br>Defendants. | Case No. 5:26-cv-01951-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES (CIV. L.R. 6-1, 6-2, 7-12)**<br><br>Courtroom:  8 (4TH Floor)<br>Judge:      Hon. P. Casey Pitts |

Pursuant to Civil L.R. 6-1(a), 6-2, and 7-12, Plaintiff Michael Schramke ("Plaintiff") and Defendants Nektar Therapeutics, Howard W. Robin, Sandra Gardiner, and Jonathan Zalevsky (collectively, "Defendants," and, collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and request as follows:

1

STIPULATION ENLARGING TIME                         Case No.  5:26-cv-01951-PCP

WHEREAS, Plaintiff filed a complaint in the above-captioned action on March 6, 2026 (the "Complaint");

WHEREAS, Defendants hereby agree to accept and waive service of the summons and Complaint through their counsel indicated below, and waive any objections to the absence of a summons or of formal service pursuant to Federal Rule of Civil Procedure 4, subject to any defenses that any Defendant may subsequently assert, including any defenses to personal jurisdiction, forum, or venue, all of which defenses are hereby preserved, except a defense as to sufficiency of service of process of the summons and Complaint;

WHEREAS, the statutory procedure for appointment of lead plaintiff and lead counsel set forth in the Private Securities Litigation Reform Act of 1995, codified as 15 U.S.C. § 78u-4 et seq. (the "PSLRA"), applies to this case;

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of a purported class and such claims are governed by the PSLRA;

WHEREAS the PSLRA allows "any member of the purported class," whether or not they previously filed a complaint, to move the Court to serve as lead plaintiff by the statutory deadline, *see* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

WHEREAS, lead plaintiff and lead counsel will not be appointed until the Court appoints the lead plaintiff and lead counsel, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and whether the court-appointed lead plaintiff will file an amended complaint or stand on Plaintiff's Complaint;

WHEREAS, the PSLRA also provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, on March 6, 2026, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting the Initial Case Management Conference for June 4, 2026, and setting various deadlines for the Parties to complete ADR certifications, disclosures contemplated by Federal Rule of Civil Procedure 26, and file a Joint Case Management Statement (Dkt. No. 4);

WHEREAS, no party has previously requested or received time for an extension to answer

2

STIPULATION ENLARGING TIME                    Case No.  5:26-cv-01951-PCP

or otherwise respond to the Complaint, or to continue the existing June 4, 2026 Initial Case Management Conference and associated deadlines, including ADR deadlines;

WHEREAS, in order to avoid unnecessary expense to the Parties and unnecessary expenditure of time; and

WHEREAS, given the possibility that the Court-appointed lead plaintiff may desire to file an amended complaint, the parties agree (i) that it would be inefficient and a waste of resources to require Defendants to respond to any complaint prior to the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff, (ii) that likewise, good cause exists to continue the existing June 4, 2026 Initial Case Management Conference and associated deadlines, including ADR deadlines, until a date that is convenient for the Court following resolution of any motion(s) to dismiss by Defendants, if such a conference is necessary, and (iii) that within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, pursuant to Local Rule 6-1(a), to enlarge the time to respond to the complaint until the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff.

IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendants, subject to the approval of the Court, pursuant to Local Rules 6-2 and 7-12, that the Initial Case Management Conference scheduled for June 4, 2026 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR deadlines, until a date that is convenient for the Court following resolution of any motion(s) to dismiss, if such a conference is necessary.

IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendants that within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

3

STIPULATION ENLARGING TIME                    Case No.  5:26-cv-01951-PCP

**IT IS SO STIPULATED AND AGREED.**

Dated: May 6, 2026

MICHAEL SCHRAMKE, Individually on Behalf of All Others Similarly Situated

By their attorneys,

*/s/  Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: +1.310.405.7190
jpafiti@pomlaw.com


Jeremy A. Lieberman
(*pro hac vice forthcoming*)
J. Alexander Hood II
(*pro hac vice forthcoming*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: +1.212.661.1100
Fax: +1.917.463.1044
jalieberman@pomlaw.com
ahood@pomlaw.com

NEKTAR THERAPEUTICS, HOWARD W. ROBIN, SANDRA GARDINER, and JONATHAN ZALEVSKY

By their attorneys,

*/s/   Jonathan A. Shapiro*
Jonathan A. Shapiro (SBN 257199)
GOODWIN PROCTER LLP
525 Market Street
San Francisco, CA 94105
Tel: +1.415.733.6000
Fax: +1.415.677.9041
jshapiro@goodwinlaw.com


Caroline H. Bullerjahn
(*pro hac vice forthcoming*)
Tucker DeVoe
(*pro hac vice forthcoming*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02110
Tel: +1.617.570.1000
Fax: +1.617.523.1231
cbullerjahn@goodwinlaw.com
tdevoe@goodwinlaw.com

STIPULATION ENLARGING TIME                    Case No.  5:26-cv-01951-PCP

**ATTORNEY ATTESTATION**

I, Jonathan A. Shapiro, hereby attest, pursuant to Civil L.R. 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro

*Counsel for Defendants*

STIPULATION ENLARGING TIME                              Case No.  5:26-cv-01951-PCP

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  May 26, 2026

_____
Hon. P. Casey Pitts
United States District Judge

STIPULATION ENLARGING TIME                    Case No.  5:26-cv-01951-PCP

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed the above document with the U.S. District Court for the Northern District of California by using the CM/ECF system.  All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro

*Counsel for Defendants*

STIPULATION ENLARGING TIME                    Case No.  5:26-cv-01951-PCP